IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| TINA MARIE CATTERTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10CV00083 |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| COMMISSIONER OF ) | By: James P. Jones |
| SOCIAL SECURITY, ) | United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed November 17, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: December 19, 2011

United States District Judge